```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            Reno, Nevada


UNITED STATES OF AMERICA,        3:13-cr-00085-HDM-VPC

          Plaintiff,             MINUTE ORDER

     vs.                         October 29, 2013

EFRAIN IBARRA-FLORES,

          Defendant.
_____/
```

PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK:_____    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):           NONE APPEARING

COUNSEL FOR DEFENDANT(S):           NONE APPEARING

MINUTE ORDER IN CHAMBERS:

   The defendant's motion for advance release of jury panel information (#21) is GRANTED. To the extent it is available, the government and the defense shall be provided with the following information about the potential jury members: last name, first name, city of residence, age, occupation, marital status, and occupation of any spouse.

   It is so ordered.

                                    LANCE S. WILSON, CLERK


                              By:          /s/
                                       Deputy Clerk